No. D–1069. IN RE DISBARMENT OF BAKER. It is ordered that David Baker, of Avalon, N. J., be suspended from the practice

of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.